UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRUXEDO, INC. AND EXTANG CORP.,

Plaintiff,

v.

TYGER AUTO, INC. AND JOHN DOE CORPORATIONS 1-5,

Defendant.

No. 2:18-cv-1498-RSM

STIPULATION AND ORDER TO EXTEND DEADLINE FOR INITIAL DISCLOSURES

## **STIPULATION**

Pursuant to Local Civil Rule 10(g), Plaintiffs Truxedo, Inc. and Extang Corp. and Defendant Tyger Auto, Inc., by and through their attorneys, stipulate to the Court's entry of the proposed order set forth below.

In support of this request, the parties represent the following:

1. Plaintiffs filed this lawsuit October 12, 2018 [Dkt. 1].

2. On October 26, 2018, this Court entered an Order setting the initial deadlines, including a November 30, 2018 deadline to serve initial disclosures pursuant to Rule 26(a)(1) [Dkt. 18].

3. To accommodate the schedules of their counsel, particularly in view of the Thanksgiving holiday, the parties have agreed to extend the deadline to exchange initial disclosures to December 4, 2018.

4. The requested extension will not affect any other dates in this case.

STIPULATION AND ORDER TO EXTEND DEADLINE (2:18-cv-1498-RSM) - 1
4823-1143-7185v.2 0112575-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

5. The parties respectfully request that the Court enter the order set forth below, approving the requested extension.

DATED this 28th day of December, 2018.

| CORR CRONIN LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By    s/Eric Lindberg<br>Emily J. Harris, WSBA No. 35763<br>Eric Lindberg, WSBA No. 43596<br>1001 Fourth Ave., Suite 3900<br>Seattle, WA 98154<br>Tel: 206-625-8600<br>Fax: 206-625-0900<br>Email: eharris@corrcronin.com<br>        elindberg@corrcronin.com | By    /s Ambika K. Doran<br>Ambika K. Doran, WSBA #38237<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-622-3150<br>Fax: 206-757-7700<br>Email: ambikadoran@dwt.com |

Roberto M. Braceras (*pro hac vice*)
Todd Marabella (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Fax: (617) 523-1231
Email: rbraceras@goodwinlaw.com
      tmarabella@goodwinlaw.com

Attorneys for Plaintiffs TruXedo, Inc. and Extang Corp.

Deborah J. Swedlow (*pro hac vice*)
Cristina A. Almendarez (*pro hac vice*)
Honigman Miller Schwartz and Cohn. LLP
315 East Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108-3330
Email: bswedlow@honigman.com
      calmendarez@honigman.com

Attorneys for Defendant Tyger Auto, Inc.

## ORDER

Based on the foregoing stipulation, the Court ORDERS that the parties' deadline to exchange initial disclosures pursuant to Rule 26(a) is extended to December 4, 2018.

DATED this 4 day of December 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE (2:18-cv-1498-RSM) - 2
4823-1143-7185v.2 0112575-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax