1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF WASHINGTON

8

9    TRUXEDO, INC. AND EXTANG CORP.,

                              Plaintiffs,

10   v.

11   TYGER AUTO, INC. AND JOHN DOE
     CORPORATIONS 1-5,

12

13                             Defendants.

Case No. C18-1498 RSM

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

14

15                    <u>**STIPULATION**</u>

16       IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, TRUXEDO, INC. and

17   EXTANG CORP., and by Defendant, TYGER AUTO, INC., through their undersigned attorneys

18   of record and pursuant to FRCP 41(a)(1)(A)(ii), that this case may be dismissed with prejudice.

19   Each party will pay its own fees and costs.

20
21
22
23

STIPULATED AND ORDER OF DISMISSAL WITH PREJUDICE – 1
(CASE NO. 2-18-CV-1498 RSM)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 23rd day of September, 2019.

CORR CRONIN LLP

*s/ Emily J. Harris*
Emily J. Harris, WSBA No. 35763
Eric Lindberg, WSBA No. 43596
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Telephone: (206) 625-8600
Fax: (206) 625-0900
Email: eharris@corrcronin.com
        elindberg@corrcronin.com

*s/ Roberto M. Braceras*
Roberto M. Braceras (pro hac vice)
Todd Marabella (pro hac vice)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Fax (617) 523-1231
Email: rbraceras@goodwinlaw.com
        tmarabella@goodwinlaw.com

*Attorneys for Plaintiffs TruXedo, Inc. and Extang Corp.*

DAVIS WRIGHT TREMAINE LLP

*s/ Ambika K. Doran*
Ambika K. Doran, WSBA No. 38237
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Email: ambikadoran@dwt.com

*s/ Deborah J. Swedlow*
Deborah J. Swedlow (pro hac vice)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
315 East Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108
Email: bswedlow@honigman.com

*s/ Christina Q. Almendarez*
Cristina Q. Almendarez (pro hac vice)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
155 N. Wacker Drive, Suite 3100
Chicago, IL 60606
Email: calmendarez@honigman.com

*Attorneys for Defendant Tyger Auto, Inc.*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 2
(CASE NO. 2-18-CV-1498 RSM)

**<u>ORDER OF DISMISSAL</u>**

THIS MATTER having come on before the undersigned Judge pursuant to the foregoing Stipulation, and the Court being fully advised; NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above-captioned matter be, and hereby is, dismissed with prejudice and without costs to either party.

DATED this 25th day of September 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

CORR CRONIN LLP

s/ Emily J. Harris
Emily J. Harris, WSBA No. 35763
Eric Lindberg, WSBA No. 43596
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Telephone: (206) 625-8600
Fax: (206) 625-0900
Email: eharris@corrcronin.com
        elindberg@corrcronin.com

*Attorneys for Plaintiffs TruXedo, Inc. and Extang Corp.*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 3
(CASE NO. 2-18-CV-1498 RSM)